UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE THE ZUERCHER TRUST OF 1999, | Case No. 21-cv-08600-EMC<br><br>**ORDER TO SHOW CAUSE** |

The Court hereby orders Appellant Monica Hujazi to show cause as to why this case should not be dismissed for failure to prosecute and/or failure to perfect the record. The response to the order to show cause shall be filed by **May 25, 2022**. Appellant is advised that, if a timely response is not filed, then the Court shall dismiss the case without prejudice and close the file.

**IT IS SO ORDERED**.

Dated: May 11, 2022

_____
EDWARD M. CHEN
United States District Judge