UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUJAZI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE ZUERCHER TRUST OF 1999,<br><br>　　　　Defendant. | Case No. 21-cv-08600-EMC<br><br>**ORDER OF DISMISSAL** |

More than sixty (60) days have elapsed since the Court's Order to Show Cause was returned as non-deliverable to Plaintiff, and Plaintiff has not provided notice of an updated address. *See* Docket No. 4. Therefore, pursuant to N.D. Cal. L.R. 3-11(b)(2), this case is **DISMISSED** without prejudice.

**IT IS SO ORDERED**.

Dated: August 2, 2022

　　　　　　　　　　　　　　　　　　　　　　
EDWARD M. CHEN
United States District Judge