OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

OFFICIAL BUSINESS

**FILED**
AUG 15 2022
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

FIRST-CLASS MAIL
US POSTAGE $000.57
ZIP 94102
041M112251287
SAN FRANCISCO CA 940 neopost 08/02/2022
2 AUG 2022 PM 2 L

Return to sender
not at this address

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 94102348999   *1240-03135-02-38

Monica Hujazi
c/o Peter Williams Center
2001 Windward Way, #103
San Mateo, CA 94004

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUJAZI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE ZUERCHER TRUST OF 1999,<br><br>　　　　Defendant. | Case No. 21-cv-08600-EMC<br><br>**ORDER OF DISMISSAL** |

More than sixty (60) days have elapsed since the Court's Order to Show Cause was returned as non-deliverable to Plaintiff, and Plaintiff has not provided notice of an updated address. *See* Docket No. 4. Therefore, pursuant to N.D. Cal. L.R. 3-11(b)(2), this case is **DISMISSED** without prejudice.

**IT IS SO ORDERED**.

Dated: August 2, 2022

_____
EDWARD M. CHEN
United States District Judge